STATE OF NEW JERSEY v. ROGER J. BUCKELEW.

October 25, 1977. Petition for certification denied.

ANTHONY J. LA SALA v.
MAYOR AND COUNCIL OF THE VILLAGE OF RIDGEWOOD.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE E. BIDDLE.

October 25, 1977. Petition for certification denied. (See 150 N. J. Super. 180)

STATE OF NEW JERSEY v. CLEO GUTHRIDGE.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ELEUTERIO PEREZ.

October 25, 1977. Petition for certification denied. (See 150 N. J. Super. 166)

IN THE MATTER OF THE ESTATE OF
MARION B. CURRENS, DECEASED.

October 25, 1977. Petition for certification denied.